THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

 Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

 Defendant.

---

ORDER TO COMPLY WITH FED.R.CIV.P. 7.1.

---

 It appearing from the files and records that parties have not filed a disclosure statement, it is

 ORDERED, that counsel shall file respective disclosure statements pursuant to Fed.R.Civ.P. 7.1.

 Dated: January 16th, 2014

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge