THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

     Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

     The unopposed motion to vacate the February 20, 2014, scheduling conference is granted.   The conference is **rescheduled for March 28, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit the proposed scheduling order directly to chambers on or before **March 20, 2014.**

DATED:   February 5, 2014