THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

     Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

     Defendant.

___

ORDER RE: APPRAISAL PROCESS
___

     At the scheduling conference held on March 28, 2014, it was agreed that the parties would attempt to agree as to whether the appraisal made in this case is the functional equivalent of an arbitration under the Colorado Uniform Arbitration Act.  In separate filings made on May 27, 2014, [17] and [18], the parties have agreed that the appraisers and umpire are arbitrators under that act and are therefore precluded from discovery and testifying at trial pursuant to C.R.S. § 13-22-214(4)(a).  The defendant has made its agreement both "contingent" on an agreement that Auto-Owners duty to negotiate was suspended when the plaintiff invoked the appraisal correspondence on November 21, 2011 and that all materials related to the appraisal process should be excluded from discovery.  The plaintiff objects to such a ruling at this time.  It is now

     ORDERED that C.R.S. § 13-22-214(4)(a) applies to the appraisal process used n this case.

     Dated: June 13th, 2014

                                BY THE COURT:

                                s/J. Chris Smith
                                _____
                                Richard P. Matsch, Senior District Judge