THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

      Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

      Defendant.

---

ORDER VACATING TRIAL AND PRETRIAL CONFERENCE

---

This civil action was set for trial at the calendar call on September 29, 2014, with the trial to jury to commence on March 23, 2015, and a pretrial conference to be held on March 6, 2015. The defendant has filed motions to amend pleadings [Doc. 26], to amend Scheduling Order [Doc. 27] and for protective order [Doc. 30]. It appears from the briefing on these motions that a related matter between these parties, pending in the District Court for the City and County of Denver, Case No. 2014cv33174, is scheduled for trial on January 20, 2015. Because it appears that the trial of the issues in that civil action may result in an adjudication of issues that direct affect this civil action, it is now

ORDERED that the trial setting and pretrial conference setting are vacated and it is

FURTHER ORDER that this civil action is stayed in all respects pending completion of the related civil action.

Dated: January 14th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge