IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,
    Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,
    Defendant.

## ORDER VACATING STAY

By order dated January 14, 2015, this action was stayed pending completion of a related civil action pending in the District Court for Denver, Colorado. On May 1, 2015, the Plaintiff moved to vacate the stay of proceedings and submitted the Denver District Court's Order dated May 1, 2105, which denied Auto-Owners Insurance Company's petition to vacate appraisal award. It is now

ORDERED that the Plaintiff's motion to vacate the stay of proceedings is granted [#35] and the order staying this civil action is vacated.

Court staff will contact counsel regarding dates for a hearing to address the pending motions.

Dated: May 4, 2015

                                      BY THE COURT:
                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge