THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

    Defendant.

---

### ORDER

---

    Pursuant to the hearing today, it is

    ORDERED that the motion for leave to file an amended answer with counterclaim is granted and it is

    FURTHER ORDERED that the motion for leave to file a third-party complaint is denied.

    Dated: May 14th, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge