# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                     May 14, 2015
Courtroom Deputy:  Bernique Abiakam
ECR Technician:     Kathy Terasaki

Civil Action No. 13-cv-03428-RPM

| | |
|---|---|
| 4320 MORRISON, LLC, *a Colorado Limited Liability Company*, | W. Randolph Barnhart<br>Melissa A. Hailey |
| Plaintiff,<br>v. | |
| AUTO-OWNERS INSURANCE COMPANY,<br>a Missouri Corporation, | John G. Mereness<br>Gregory R. Gionetti |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**1:59 p.m.**     **Court in session.**

Court calls case.  Appearance of Counsel.

Court's preliminary remarks.

2:01 p.m.     Argument by Mr. Mereness.  Questions by the Court.

2:06 p.m.     Argument by Mr. Bates.  Questions by the Court.

**ORDERED:** Defendant's Motion For Leave To Amend Pleadings to Assert Amended Answer, Counterclaim And Third-Party Complaint (Filed 11/11/14; Doc. No. 26) is **GRANTED in PART**, as it relates to the amended answer and counterclaim, and **DENIED in PART**, as it relates to the Third-Party Complaint.

Discussion regarding Doc. No. 30.

**ORDERED:** Defendant's Motion For Entry Of Protective Order (Filed 12/17/14; Doc. No. 30) is **DENIED as MOOT.**

Discussion regarding Doc. No. 27.

*13-cv-03428-RPM*
*Motions Hearings*
*May 14, 2015*

**ORDERED:** **Defendant's Motion To Amend Scheduling Order (Filed 11/20/14; Doc. No. 27) is DENIED. Both parties shall file another motion to amend scheduling order outlining specific requests as it relates to additional discovery.**

**2:14 p.m.**   **Court in recess.**   Hearing concluded. Total time: 15 minutes.