THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03428-RPM

4320 MORRISON LLC,

      Plaintiff,

v.

AUTO-OWNERS INSURANCE CO.,

      Defendant.

___

ORDER FOR STATUS REPORT
___

At the hearing on July 27, 2015, this Court ordered counsel to meet and confer on amending the scheduling order to accommodate defendant's amended answer and counterclaim and plaintiff's answer to the counterclaim. Nothing has been filed since Plaintiff's reply to the counterclaim and it is now

ORDERED that counsel shall file a status report on or before October 30, 2015.

Dated:   October 16th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge