# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                     November 16, 2015
Courtroom Deputy:   Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No.  **13-cv-03428-RPM**          <u>Counsel:</u>

**4320 MORRISON LLC, a Colorado**             Bradley A. Levin
**Limited Liability Company**,                Nelson A. Waneka

        Plaintiff,

v.

**AUTO-OWNERS INSURANCE CO., a**             John D. Mereness
**Michigan Corporation**,

        Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:  Stipulated Motion to Amend Scheduling Order [ECF Doc. No. 57],
filed October 30, 2015**

| | |
|---|---|
| **1:59 p.m.** | **Court in session.** |
| | Court calls case. |
| | Appearances of counsel. |
| | Stipulated Motion to Amend Scheduling Order [ECF Doc. No. 57], filed October 30, 2015, is raised for argument. |
| 2:02 p.m. | Argument by Defendant by Mr. Mereness. |
| 2:09 p.m. | Argument by Plaintiff by Mr. Levin. |

**ORDERED:**   Stipulated Motion to Amend Scheduling Order [ECF Doc. No. 57], filed October 30, 2015, is **DENIED.**

**2:17 p.m.**        **Court in recess.  <u>Hearing concluded.</u>**

**<u>Total time:   18 minutes.</u>**