IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               May 4, 2016
Courtroom Deputy:   Deborah Hansen
FTR Technician:     Kathy Terasaki          Time: eight minutes

---

| Civil Action No.  13-cv-03428-RPM | Counsel: |
|---|---|
| 4320 MORRISON LLC, a Colorado Limited Liability Company, | Bradley A. Levin<br>Nelson A. Waneka |
| Plaintiff, | |
| v. | |
| AUTO-OWNERS INSURANCE CO., a Michigan Corporation, | John D. Mereness |
| Defendant. | |

---

## COURTROOM MINUTES

STATUS CONFERENCE

09:50 a.m.    Court in Session

Court calls case.

Discussion regarding the issues on appeal from the arbitration award

**ORDERED:  The Defendant's Motion for Leave to Amend its Pleading to Assert a Second Amended Answer, Amended Counterclaims, and Jury Demand (Doc No. 63, filed 3/9/2016) is DENIED.**

**ORDERED:  The case is STAYED until further action.**

Counsel may submit a status report when the appeal comes down.

09:58 a.m.    Court in Recess
              Conference concluded.